FILED
CLERK, U.S. DISTRICT COURT

05/08/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: 5:23-cr-00085-JGB
                                     )
                Plaintiff,           )   ORDER OF DETENTION PENDING
                                     )   FURTHER REVOCATION
        v.                           )   PROCEEDINGS
                                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
Tony Flores                          )   U.S.C. § 3143(a)(1))
                                     )
                Defendant.           )
                                     )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☑  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

☑  information in the Pretrial Services Report and Recommendation

☑  information in the violation petition and report(s)

☐  the defendant's nonobjection to detention at this time

☐  other: _____

1

and/ or

B. ☑   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

☑   information in the Pretrial Services Report and Recommendation

☑   information in the violation petition and report(s)

☐   the defendant's nonobjection to detention at this time

☐   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 8, 2026

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2